UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT E. ZIRKER, | ) | No. CV 10-05224-R (VBK) |
| Petitioner, | ) | ORDER (1) ACCEPTING AND ADOPTING |
| | ) | THE REPORT AND RECOMMENDATION OF |
| v. | ) | THE UNITED STATES MAGISTRATE |
| | ) | JUDGE, AND (2) DISMISSING THE |
| LINDA SANDERS, et al., | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS |
| Respondents. | ) | |
| | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a <u>de</u> <u>novo</u> review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

//

//

//

//

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation; (2) Respondent's Motion to Dismiss is Granted, and (3) Judgment be entered denying and dismissing the Petition without prejudice.

DATED: January 21, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE