JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| VINCENT E. ZIRKER, | ) | No. CV 10-05224-R (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: January 21, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE